# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

### NO. 5:10-CR-00208-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **ORDER** |
| HOWARD LAMONT BLUE ) | |

This cause comes before the Court upon Defendant's motion to continue the detention hearing currently set for 10:00 a.m. on Tuesday, October 25, 2011. [DE-16]. Counsel for Defendant states he needs additional time to prepare and to ensure the appearance of witnesses on Defendant's behalf at the detention hearing. Defendant therefore requests that the detention hearing be continued until Thursday, October 27, 2011.

For good cause shown, Defendant's motion to continue the detention hearing [DE-16] is GRANTED. It is therefore ORDERED that Defendant's detention hearing be continued until 10:00 a.m. on Thursday, October 27, 2011. The Court concludes that the interests of justice are best served by the continuance of this matter, and that the interests of justice and of the public outweigh Defendant's interest in a speedy trial. Any delay occasioned by this continuance shall therefore be excluded in computing Defendant's speedy trial time.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Monday, October 24, 2011.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE